149 So. 466

**STATE of Louisiana v. Earl CALLENDER and Elderwin Delanoix.**

No. 32364.

July 7, 1933.

Dudley L. Weber, of Baton Rouge, for appellants.

Gaston L. Porterie, Atty. Gen., James O'Connor, Asst. Atty. Gen., John Fred Odom, Dist. Atty., of Baton Rouge (James O'Niell, Sp. Asst. Atty. Gen., of counsel), for the State.

ROGERS, Justice.

The defendants were jointly charged, convicted, and sentenced for the larceny "of a Packard automobile of the value of one thousand dollars," and have appealed.

No bill of exceptions was taken to any proceeding in the case; no assignment of error has been filed; and an examination of the record fails to disclose any error patent on the face thereof. Hence, there is no question of law presented for review.

For the reasons assigned, the conviction and sentence appealed from are affirmed.